**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

ME-ALL

Case number *(if known)*                          Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Ecoshel, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **16-1312063** | |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **126 Clark Siding Road**<br>**Ashland, ME 04732**<br>Number, Street, City, State & ZIP Code | **P.O. Box 2530**<br>**South Portland, ME 04106**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Aroostook**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    **www.ecoshel.com**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Debtor    **Ecoshel, Inc.**
       Name

Case number *(if known)*

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as described in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship |
|---|---|---|
| District | When | Case number, if known |

| Debtor | **Ecoshel, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Ecoshel, Inc.**                                    Case number (*if known*)
         Name

<span style="background:black">    </span> **Request for Relief, Declaration, and Signatures**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is trued and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on   07 / 18 / 2018
             MM / DD / YYYY

X _____        Bryan Kirkey
   Signature of authorized representative of debtor       Printed name

Title   **CEO and President**

**18. Signature of attorney**   X _____

Signature of attorney for debtor        Date   07 / 18 / 2018
                                             MM / DD / YYYY

**Sam Anderson**
Printed name

**Bernstein Shur Sawyer & Nelson**
Firm name

**100 Middle Street**
**PO Box 9729**
**Portland, ME 04104-5029**
Number, Street, City, State & ZIP Code

Contact phone   **207-774-1200**       Email address   **sanderson@bernsteinshur.com**

**9809 ME**
Bar number and State

# Ecoshel, Inc.

PO BOX 2530
South Portland, ME 04116

## Balance Sheet [Cash]

## As of March 2018

6/4/18
4:20:11 PM

---

**Assets**

| | | | |
|---|---|---|---|
| Current Assets | | | |
|    Cash On Hand | | | |
|       Bank of America Checking | $9,444.54 | | |
|    Total Cash On Hand | | $9,444.54 | |
| Total Current Assets | | | $9,444.54 |
| Other Assets | | | |
|    Loan to CedarNorth | | $204,972.43 | |
|    Inventory | | | |
|       Raw Material - Cedar | $2,000.00 | | |
|       Raw Material - Misc | $1,500.00 | | |
|       Work In Process | $3,000.00 | | |
|       Finished Goods Inventory | $800.00 | | |
|    Total Inventory | | $7,300.00 | |
| Total Other Assets | | | $212,272.43 |
| Fixed Assets | | | |
|    Office Equipment | | | |
|       Office Equipment Original Cost | $39,906.42 | | |
|       Office Equipment Accum Deprec | -$29,425.86 | | |
|    Total Office Equipment | | $10,480.56 | |
|    Automobiles | | | |
|       Automobiles Original Cost | $95,596.60 | | |
|       Automobiles Accum Deprec | -$66,789.90 | | |
|    Total Automobiles | | $28,806.70 | |
|    Leasehold Improvements | | | |
|       Leasehold Improve Orig Cos LI | $69,438.19 | | |
|       Leasehold Improve Accum Deprec | -$9,882.97 | | |
|    Total Leasehold Improvements | | $59,555.22 | |
|    Production Equipment | | | |
|       Production Equip | $255,491.73 | | |
|       Production Equip-Accum Depr | -$627,163.40 | | |
|       Production Line | $826,939.20 | | |
|       Production Line- Accum Depr | -$323,150.42 | | |
|    Total Production Equipment | | $132,117.11 | |
|    Organization Costs | | | |
|       Organization Original Cost | $17,566.00 | | |
|       Organization Cost Amortization | -$20,128.00 | | |
|       Closing Costs Loans | $55,432.51 | | |
|    Total Organization Costs | | $52,870.51 | |
| Total Fixed Assets | | | $283,830.10 |
| Total Assets | | | $505,547.07 |

**Liabilities**

| | | | |
|---|---|---|---|
| Current Liabilities | | | |
|    Loans - Current Due | | | |
| Total Current Liabilities | | $0.00 | |
| Long Term Liabilities | | | |
|    TD Bank Equip Loan | $552,506.24 | | |
|    CEI Loan | $142,053.11 | | |
|    FAME ERLP Loan | $175,481.36 | | |
|    ADAMAS Investments | $343,043.53 | | |
|    John Steel-Loan | $1,488,831.59 | | |
|    John Steel Loan Credit Card | $659,488.85 | | |
| Total Long Term Liabilities | | $3,361,404.68 | |
| Total Liabilities | | | $3,361,404.68 |

Equity
    Capital Stock
        Initial Capital Stock         $260,000.00
        Investor Loans Converted      $1,127,486.04
    Total Capital Stock             $1,387,486.04
    Retained Earnings            -$4,207,517.96
    Current Year Earnings        -$35,825.69
Total Equity                    -$2,855,857.61

Total Liability & Equity           $505,547.07

# Ecoshel, Inc.

PO BOX 2530
South Portland, ME  04116

## Profit & Loss Statement

### November 2016 through October 2017

6/4/18
5:23:37 PM

| | | | |
|---|---|---|---|
| **Income** | | | |
| Sales Income | | $368,715.00 | |
| Misc Income | | $475,956.50 | |
| Total Income | | | $844,671.50 |
| | | | |
| **Production Expse-Cost of Sales** | | | |
| Equipment Expense-production | | $34,547.59 | |
| Misc Supply | | $149,528.11 | |
| Paint Supply | | $70,190.31 | |
| Cedar Supply | | $198,007.87 | |
| Payroll - Production | | $346,361.50 | |
| Shipping-Suppliers & Customers | | $141,338.90 | |
| Total Production Expse-Cost of Sales | | | $939,974.28 |
| | | | |
| **Gross Profit** | | | -$95,302.78 |
| | | | |
| **General & Admin Expenses** | | | |
| Discounts | | | |
| Discounts Given | $249.10 | | |
| Auto Expense | | $8,367.34 | |
| Bank Charges | | $26,832.44 | |
| Dues and Subscriptions | | $198.00 | |
| Insurance-Business | | $12,343.00 | |
| Insurance - Health | | $32,518.25 | |
| Interest Expense | | $266,007.42 | |
| Late & Overlimit Fees Paid | | $1,923.63 | |
| Administrative Expense | | $523.98 | |
| Legal & Accounting | | $21,641.50 | |
| Penalties | | $16,594.29 | |
| Equip Expense-Non-production | | $17,640.90 | |
| Facility Expense | | $4,661.71 | |
| Gas, Mileage, Tolls, Parking | | $10,533.03 | |
| Ship/Mail, IP, Sample, Misc | | $906.80 | |
| Office Expense & Supplies OE | | $9,297.32 | |
| Rent Portland and Ashland | | $40,239.27 | |
| Moving Expense | | $983.70 | |
| Travel | | $19,211.25 | |
| Meals | | $5,843.80 | |
| Payroll - Administrative | | $11,849.49 | |
| Officer Salary - Admin | | $51,540.48 | |
| Miscellaneous Expense | | $92,407.11 | |
| Utilities | | | |
| Utilities | $27,054.03 | | |
| Payroll Expenses | | | |
| FICA | $31,345.49 | | |
| FUTA | $1,782.09 | | |
| SUI GA and ME | $6,193.13 | | |
| Workmens Compensation | $20,539.00 | | |
| Marketing- Not IP & Samples | | $595.85 | |
| Total General & Admin Expenses | | | $739,823.40 |
| | | | |
| **Operating Profit** | | | -$835,126.18 |
| | | | |
| **Other Expenses** | | | |
| | | | |
| **Net Profit / (Loss)** | | | -$835,126.18 |

# Ecoshel, Inc.

## Profit & Loss Statement

### November 2016 through October 2017

6/4/18
5:23:37 PM

CLIENT FD1105

**MCHUGH CPA GROUP INC.**
**5550 TRIANGLE PKWY STE 200**
**PEACHTREE CORNERS, GA 30092**
**(770) 449-0285**

September 15, 2016

Ecoshel, Inc.
F/K/A Mars Associates, Inc.
115 Middle Street #300
Portland, ME 04101

Dear Bryan:

On behalf of everyone at McHugh CPA Group, Inc., thank you for choosing us for your tax and accounting needs. Please be sure to follow all the instructions below as they are time sensitive in nature. If there are any questions please do not hesitate to contact us, my staff and I are here to assist you with all of your needs.

Your 2014 Federal Corporation Income Tax Return will be electronically filed with the Internal Revenue Service upon receipt of a signed Form 8879C - IRS e-file Signature Authorization. No tax is payable with the filing of this return.

Your 2014 Maine Corporation Income Tax Return will be electronically filed with the State of Maine. No tax is payable with the filing of this return.

We are committed to providing you with the highest level of customer satisfaction possible. If for any reason you have questions or comments, we are delighted to hear from you. Call our office at 770.449.0285, or email us at contactus@mchughcpagroup.com. Again thank you for your business, I look forward to hearing from you.

Sincerely,


M. SCOTT MCHUGH

Form **8879-C**

Department of the Treasury
Internal Revenue Service

**IRS e-file Signature Authorization for Form 1120**

For calendar year **2014**, or tax year beginning 11/01 , **2014**, ending 10/31 , 2015

G Do not send to the IRS. Keep for your records.
G Information about Form 8879-C and its instructions is at **www.irs.gov/form8879c.**

OMB No. 1545-0123

**2014**

Name of corporation
ECOSHEL, INC.
F/K/A MARS ASSOCIATES, INC.

Employer identification number
16-1312063

**Part I** | **Tax Return Information** (Whole dollars only)

| | | |
|---|---|---:|
| 1 | Total income (Form 1120, line 11) **1** | 143,632. |
| 2 | Taxable income (Form 1120, line 30) **2** | -447,636. |
| 3 | Total tax (Form 1120, line 31) **3** | |
| 4 | Amount owed (Form 1120, line 34) **4** | |
| 5 | Overpayment (Form 1120, line 35) **5** | |

**Part II** | **Declaration and Signature Authorization of Officer** (Be sure to get a copy of the corporation's return)

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2014 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) the reason for any delay in processing the return or refund, and (c) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

Officer's PIN: check one box only

[X] I authorize MCHUGH CPA GROUP INC. to enter my PIN    10    as my signature
        ERO firm name                                                                      do not enter all zeros
on the corporation's 2014 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2014 electronically filed income tax return.

Officer's signature G _____    Date G _____  Title G VICE-PRESIDENT

**Part III** | **Certification and Authentication**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. ................................ _____
                                                                                                                          do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2014 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub 3112,** IRS e-file Application and Participation, and **Pub 4163,** Modernized e-File (MeF) Information for Authorized IRS e-file Providers for Business Returns.

ERO's signature G  M. SCOTT MCHUGH _____    Date G _____

**ERO Must Retain This Form ˙ See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

BAA  For Paperwork Reduction Act Notice, see instructions.                              Form **8879-C** (2014)

CPCA1201L  07/21/14

| Form **7004** (Rev December 2012) | **Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns** G **File a separate application for each return.** G Information about Form 7004 and its separate instructions is at *www.irs.gov/form7004.* | OMB No. 1545-0233 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | | |

| | Name | Identifying number |
|---|---|---|
| **Print or Type** | ECOSHEL, INC. F/K/A MARS ASSOCIATES, INC. | 16-1312063 |
| | Number, street, and room or suite number. (If P.O. box, see instructions.) 115 MIDDLE STREET #300 | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)). PORTLAND, ME 04101 | |

**Note.** *File request for extension by the due date of the return for which the extension is granted. See instructions before completing this form.*

### Part I   Automatic 5-Month Extension

**1 a** Enter the form code for the return that this application is for (see below). . . . . . . . . . . . . . . . . . . . . . . . .

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1065 | 09 | Form 1041 (estate other than a bankruptcy estate) | 04 |
| Form 8804 | 31 | Form 1041 (trust) | 05 |

### Part II   Automatic 6-Month Extension

**b** Enter the form code for the return that this application is for (see below). . . . . . . . . . . . . . . . . | 12

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120S | 25 |
| Form 1065-B | 10 | Form 1120-SF | 26 |
| Form 1066 | 11 | Form 3520-A | 27 |
| Form 1120 | 12 | Form 8612 | 28 |
| Form 1120-C | 34 | Form 8613 | 29 |
| Form 1120-F | 15 | Form 8725 | 30 |
| Form 1120-FSC | 16 | Form 8831 | 32 |
| Form 1120-H | 17 | Form 8876 | 33 |
| Form 1120-L | 18 | Form 8924 | 35 |
| Form 1120-ND | 19 | Form 8928 | 36 |

**2**   If the organization is a foreign corporation that does not have an office or place of business in the United States, check here. . . . . . G ☐

**3**   If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here. . . . . G ☐
If checked, attach a statement, listing the name, address, and Employer Identification Number (EIN) for each member covered by this application.

### Part III   All Filers Must Complete This Part

**4**   If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here. . . . . . . . . . . . . . . . . G ☐

**5 a** The application is for calendar year 20 __ , or tax year beginning 11/01 ___ , 20 14 , and ending 10/31 ___ , 20 15

**b Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return   ☐ Final return
☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (see instructions ' attach explanation)

| | | | |
|---|---|---|---|
| **6**   Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | | 0. |
| **7**   Total payments and credits (see instructions). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | | 0. |
| **8**   Balance due. Subtract line 7 from line 6 (see instructions). . . . . . . . . . . . . . . . . . . . . . . . . | **8** | | 0. |

BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.            Form **7004** (Rev 12-2012)

CPCZ0701L   11/30/12

Form **1120**

Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2014 or tax year beginning 11/01 , 2014, ending 10/31 , 2015

G Information about Form 1120 and its separate instructions is at *www.irs.gov/form1120.*

OMB No. 1545-0123

**2014**

**A Check if:**
1 a Consolidated return (attach Form 851). ☐
  b Life/nonlife consolidated return..... ☐
2 Personal holding co. (attach Sch PH)... ☐
3 Personal service corp (see instrs)... ☐
4 Schedule M-3 attached ☐

TYPE
OR
PRINT

ECOSHEL, INC.
F/K/A MARS ASSOCIATES, INC.
115 MIDDLE STREET #300
PORTLAND, ME 04101

**B** Employer identification number
16-1312063

**C** Date incorporated
12/20/1987

**D** Total assets (see instructions)
$ 841,549.

E Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| | | | | |
|---|---|---|---:|---:|
| **I N C O M E** | 1 a Gross receipts or sales . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 a | 654,668. | |
| | b Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 b | | |
| | c Balance. Subtract line 1b from line 1a. . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 1c | 654,668. |
| | 2 Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | | 792,456. |
| | 3 Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | | -137,788. |
| | 4 Dividends (Schedule C, line 19) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | | |
| | 5 Interest. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | | |
| | 6 Gross rents. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | | |
| | 7 Gross royalties. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) . . . . . . . . . . . . . . . . . . | 8 | | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797). . . . . . . . . . . . | 9 | | |
| | 10 Other income (see instructions – attach statement) . . . . . . . . . . . SEE STATEMENT 1 | 10 | | 281,420. |
| | 11 **Total income.** Add lines 3 through 10 . . . . . . . . . . . . . . . . . . . . . . . . . . G | 11 | | 143,632. |

| | | | |
|---|---|---:|---:|
| **D E D U C T I O N S** (SEE INSTRUCTIONS FOR LIMITATIONS ON DEDUCTIONS) | 12 Compensation of officers (see instructions – attach Form 1125-E). . . . . . . . . . . . . . . G | 12 | 68,750. |
| | 13 Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . . . . . . . | 13 | 20,000. |
| | 14 Repairs and maintenance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | |
| | 15 Bad debts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | |
| | 16 Rents. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | 73,222. |
| | 17 Taxes and licenses. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | 45,621. |
| | 18 Interest. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | 53,747. |
| | 19 Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | 0. |
| | 20 Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562). | 20 | 125,009. |
| | 21 Depletion. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | |
| | 22 Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 22 | |
| | 23 Pension, profit-sharing, etc, plans. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 23 | |
| | 24 Employee benefit programs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 24 | |
| | 25 Domestic production activities deduction (attach Form 8903). . . . . . . . . . . . . . . . . | 25 | |
| | 26 Other deductions (attach statement) . . . . . . . . . . . . . . . . SEE STATEMENT 2 | 26 | 204,919. |
| | 27 **Total deductions.** Add lines 12 through 26 . . . . . . . . . . . . . . . . . . . . . . . G | 27 | 591,268. |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | -447,636. |

| | | | | |
|---|---|---|---:|---:|
| | 29a Net operating loss deduction (see instructions) . . . . . SEE ST 3 | 29 a | 0. | |
| | b Special deductions (Schedule C, line 20) . . . . . . . . . . . . . | 29 b | | |
| | c Add lines 29a and 29b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 29c | |

| | | | |
|---|---|---:|---:|
| **TAX, REFUNDABLE CREDITS, AND PAYMENTS** | 30 **Taxable income.** Subtract line 29c from line 28 (see instructions). . . . . . . . . . . . . . | 30 | -447,636. |
| | 31 Total tax (Schedule J, Part I, line 11). . . . . . . . . . . . . . . . . . . . . . . . . . . . | 31 | 0. |
| | 32 Total payments and refundable credits (Schedule J, Part II, line 21) . . . . . . . . . . . . . | 32 | 0. |
| | 33 Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . . . G ☐ | 33 | |
| | 34 **Amount owed.** If line 32 is smaller than the total of lines 31 and 33, enter amount owed. . . . . | 34 | 0. |
| | 35 **Overpayment.** If line 32 is larger than the total of lines 31 and 33, enter amount overpaid. . . . | 35 | |
| | 36 Enter amount from line 35 you want: Credited to 2015 estimated tax . . . G          Refunded G | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

A _____
Signature of officer          Date

A VICE-PRESIDENT
Title

May the IRS discuss this return with the preparer shown below (see instructions)?
☒ Yes  ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| M. SCOTT MCHUGH | M. SCOTT MCHUGH | | | |

Firm's name   G MCHUGH CPA GROUP INC.          Firm's EIN G
Firm's address  G 5550 TRIANGLE PKWY STE 200
PEACHTREE CORNERS, GA 30092          Phone no. (770) 449-0285

BAA For Paperwork Reduction Act Notice, see separate instructions.          CPCA0205L  08/07/14          Form 1120 (2014)

Form 1120 (2014)   ECOSHEL, INC.   16-1312063   Page **2**

## Schedule C  Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) Percentage | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 . . . . . . . . . G | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b . . . . . . . . . . . . G | | | |

Form **1120** (2014)

Form **1120** (2014)   ECOSHEL, INC.   16-1312063   Page **3**

| Schedule J | Tax Computation and Payment (see instructions) |
|---|---|

**Part I ' Tax Computation**

| | | | | |
|---|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) . . . . . . . . G ☐ | | | |
| 2 | Income tax. Check if a qualified personal service corporation | | | |
| | (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . G ☐ | | 2 | 0. |
| 3 | Alternative minimum tax (attach Form 4626) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 3 | |
| 4 | Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4 | 0. |
| 5 a | Foreign tax credit (attach Form 1118) . . . . . . . . . . . . . . . . . | 5 a | | |
| b | Credit from Form 8834 (see instructions) . . . . . . . . . . . . . . . | 5 b | | |
| c | General business credit (attach Form 3800) . . . . . . . . . . . . . | 5 c | | |
| d | Credit for prior year minimum tax (attach Form 8827) . . . . . . | 5 d | | |
| e | Bond credits from Form 8912 . . . . . . . . . . . . . . . . . . . . . . . | 5 e | | |
| 6 | **Total credits.** Add lines 5a through 5e . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 6 | |
| 7 | Subtract line 6 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 7 | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . . . . . . . . . . . . . . . . . . . | | 8 | |
| 9 a | Recapture of investment credit (attach Form 4255) . . . . . . . . | 9 a | | |
| b | Recapture of low-income housing credit (attach Form 8611) . . | 9 b | | |
| c | Interest due under the look-back method ' completed long-term contracts (attach Form 8697) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 c | | |
| d | Interest due under the look-back method ' income forecast method (attach Form 8866) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 d | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) . . . . . . . . . . | 9 e | | |
| f | Other (see instructions ' attach statement) . . . . . . . . . . . . . | 9 f | | |
| 10 | **Total.** Add lines 9a through 9f . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 10 | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 . . . . . . . . . . . . . . . . . . . . . | | 11 | 0. |

**Part II ' Payments and Refundable Credits**

| | | | | |
|---|---|---|---|---|
| 12 | 2013 overpayment credited to 2014 . . . . . . . . . . . . . . . . . . | 12 | | |
| 13 | 2014 estimated tax payments . . . . . . . . . . . . . . . . . . . . . . . | 13 | | |
| 14 | 2014 refund applied for on Form 4466 . . . . . . . . . . . . . . . . . | 14 | | |
| 15 | Combine lines 12, 13, and 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 15 | 0. |
| 16 | Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 16 | |
| 17 | Withholding (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 17 | |
| 18 | **Total payments.** Add lines 15, 16 and 17 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 18 | 0. |
| 19 | Refundable credits from: | | | |
| a | Form 2439 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 a | | |
| b | Form 4136 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 b | | |
| c | Form 8827, line 8c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 c | | |
| d | Other (attach statement ' see instructions) . . . . . . . . . . . . . | 19 d | | |
| 20 | **Total credits.** Add lines 19a through 19d . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 20 | |
| 21 | **Total payments and credits.** Add lines 18 and 20. Enter here and on page 1, line 32 . . . . . . . . . . | | 21 | 0. |

| Schedule K | Other Information (see instructions) |
|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Check accounting method   a ☒ Cash   b ☐ Accrual   c ☐ Other (specify) G _____ | | | |
| 2 | See the instructions and enter the: | | | |
| a | Business activity code no. G  321900 | | | |
| b | Business activity G  MANUFACTURING | | | |
| c | Product or service G  BLDG. MATERIALS | | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . . . . . . . . . . . . . | | | X |
| | If 'Yes,' enter name and EIN of the parent corporation G _____ | | | |
| | | | | |
| 4 | At the end of the tax year: | | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If 'Yes,' complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . . . . . | | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If 'Yes,' complete Part II of Schedule G (Form 1120) (att Schedule G) . . . | | X | |

BAA   CPCA0234L  01/05/15   Form **1120** (2014)

Form 1120 (2014)   ECOSHEL, INC.   16-1312063   Page 4

| Schedule K | Other Information continued (see instructions) | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 5 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions. | | X |

If 'Yes,' complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. | | X |

If 'Yes,' complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | Yes | No |
|---|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) | | | X |
| | If 'Yes,' file **Form 5452**, Corporate Report of Nondividend Distributions. | | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary | | | |
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of **(a)** the total voting power of all classes of the corporation's stock entitled to vote or **(b)** the total value of all classes of the corporation's stock? For rules of attribution, see section 318. If 'Yes,' enter: | | | X |
| | (i) Percentage owned G _____ and (ii) Owner's country G _____ | | | |
| | **(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached G _____ | | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount .............. G ☐ | | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year G   $ _____ NONE | | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer) G   6 | | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here .......... G ☒ | | | |
| | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction on line 29a.) G   $ _____ 2,275,974 | | | |
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | | X |
| | If 'Yes,' the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year   G $ _____ | | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement (see instructions)? .......... | | | X |
| | If 'Yes,' complete and attach Schedule UTP. | | | |
| 15a | Did the corporation make any payments in 2014 that would require it to file Form(s) 1099? ................. | | X | |
| b | If 'Yes,' did or will the corporation file required Forms 1099? .................................. | | X | |
| 16 | During this tax year, did the corporation have an 80% or more change in ownership, including a change due to redemption of its own stock? ................................................. | | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? .................. | | | X |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? .................................. | | | X |

CPCA0234L  01/05/15   Form **1120** (2014)

Form **1120** (2014)   ECOSHEL, INC.   16-1312063   Page **5**

### Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 93,904. | | 70,082. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | 90,000. | | 120,500. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach statement) SEE ST. 4 | | 178,085. | | 204,972. |
| 7 Loans to shareholders | | | | 30,586. |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 1,193,781. | | 1,209,230. | |
| b Less accumulated depreciation | 724,933. | 468,848. | 849,942. | 359,288. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | 43,074. | | 72,999. | |
| b Less accumulated amortization | 12,479. | 30,595. | 20,128. | 52,871. |
| 14 Other assets (attach statement) SEE ST. 5 | | 3,250. | | 3,250. |
| 15 Total assets | | 864,682. | | 841,549. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | 110,043. | | |
| 18 Other current liabilities (attach stmt) SEE ST. 6 | | 101,066. | | 94,716. |
| 19 Loans from shareholders | | 293,541. | | 644,385. |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 1,174,536. | | 1,367,489. |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock:   a Preferred stock | | | | |
| b Common stock | 1,387,486. | 1,387,486. | 1,387,486. | 1,387,486. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings ' Approp (att stmt) | | | | |
| 25 Retained earnings ' Unappropriated | | -2,201,990. | | -2,652,527. |
| 26 Adjmt to shareholders' equity (att stmt) | | | | |
| 27 Less cost of treasury stock | | | | |
| 28 Total liabilities and shareholders' equity | | 864,682. | | 841,549. |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return
Note: The corporation may be required to file Schedule M-3 (see instructions).

| | | | | | |
|---|---|---|---|---|---|
| 1 Net income (loss) per books | -450,537. | | 7 Income recorded on books this year not included on this return (itemize): | | |
| 2 Federal income tax per books | | | Tax-exempt interest $ _____ | | |
| 3 Excess of capital losses over capital gains | | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | | | | |
| | | | 8 Deductions on this return not charged against book income this year (itemize): | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | | a Depreciation.. $ _____ | | |
| a Depreciation $ _____ | | | b Charitable contribns $ _____ | | |
| b Charitable contributions $ _____ | | | | | |
| c Travel & entertainment $ _____ 2,901 | | | | | |
| | 2,901. | | 9 Add lines 7 and 8 | | 0. |
| 6 Add lines 1 through 5 | -447,636. | | 10 Income (page 1, line 28) ' line 6 less line 9 | | -447,636. |

### Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | |
|---|---|---|---|---|---|
| 1 Balance at beginning of year | -2,201,990. | | 5 Distributions | a Cash | |
| 2 Net income (loss) per books | -450,537. | | | b Stock | c Property |
| 3 Other increases (itemize): | | | 6 Other decreases (itemize): | | |
| | | | 7 Add lines 5 and 6 | | |
| 4 Add lines 1, 2, and 3 | -2,652,527. | | 8 Balance at end of year (line 4 less line 7) | | -2,652,527. |

CPCA0234L 01/05/15

Form **1120** (2014)

Form **1125-A**
(Rev December 2012)
Department of the Treasury
Internal Revenue Service

### Cost of Goods Sold

G **Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, or 1065-B.**
G **Information about Form 1125-A and its instructions is at** *www.irs.gov/form1125a.*

OMB No. 1545-2225

| Name | Employer identification number |
|---|---|
| ECOSHEL, INC. F/K/A MARS ASSOCIATES, INC. | 16-1312063 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 90,000. |
| 2 | Purchases | 2 | 244,561. |
| 3 | Cost of labor | 3 | 521,666. |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . . . SEE STATEMENT 7 | 5 | 56,729. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 912,956. |
| 7 | Inventory at end of year | 7 | 120,500. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return (see instructions) | 8 | 792,456. |

9 a Check all methods used for valuing closing inventory:

   (i) [X] Cost

   (ii) [ ] Lower of cost or market

   (iii) [ ] Other (Specify method used and attach explanation) . . . . . G _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

  b Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . G [ ]

  c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . . . . . . . G [ ]

  d If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9d** |

  e If property is produced or acquired for resale, do the rules of section 263A apply to the entity (see instructions)? . . . . . [ ]Yes [X]No

  f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]Yes [X]No

**BAA For Paperwork Reduction Act Notice, see instructions.**

Form 1125-A (Rev 12-2012)

CPCZ0401L 12/26/12

SCHEDULE G
(Form 1120)
(Rev December 2011)

Department of the Treasury
Internal Revenue Service

## Information on Certain Persons Owning the Corporation's Voting Stock
G Attach to Form 1120.
G See instructions.

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|------|------|
| ECOSHEL, INC.<br>F/K/A MARS ASSOCIATES, INC. | 16-1312063 |

### Part I   Certain Entities Owning the Corporation's Voting Stock. (Form 1120, Schedule K, Question 4a).

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|------|------|------|------|------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Part II   Certain Individuals and Estates Owning the Corporation's Voting Stock. (Form 1120, Schedule K, Question 4b).

Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|------|------|------|------|
| BRYAN KIRKEY | 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 | UNITED STATES | 50.50% |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

BAA   For Paperwork Reduction Act Notice, see the Instructions for Form 1120.

CPCA1901L   06/02/11

Schedule G (Form 1120) (Rev 12-2011)

Form **1125-E**
(Rev December 2013)

Department of the Treasury
Internal Revenue Service

## Compensation of Officers

G **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
G **Information about Form 1125-E and its separate instructions is at** *www.irs.gov/form1125e.*

OMB No. 1545-2225

| Name | Employer identification number |
|------|-------------------------------|
| ECOSHEL, INC. F/K/A MARS ASSOCIATES, INC. | 16-1312063 |

**Note.** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| 1 | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---------------------|----------------------------|------------------------------------------|------------------------|---|----------------------------|
| | | | | (d) Common | (e) Preferred | |
| | BRYAN KIRKEY | 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 | 100 % | 50.50 % | 0.00 % | 68,750. |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| | | |
|---|---|---|
| 2 | Total compensation of officers ................................................................. | 68,750. |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return ......................... | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return. ....................................................... | 68,750. |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**    Form 1125-E (Rev 12-2013)

| Form **4562** | **Depreciation and Amortization**<br>(Including Information on Listed Property)<br>G Attach to your tax return. | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service   (99) | G Information about Form 4562 and its separate instructions is at *www.irs.gov/form4562*. | **2014**<br>Attachment<br>Sequence No.   **179** |

| Name(s) shown on return   ECOSHEL, INC.<br>F/K/A MARS ASSOCIATES, INC. | Identifying number<br>16-1312063 |
|---|---|

Business or activity to which this form relates

FORM 1120

## Part I    Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 500,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | 2,000,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | **(a)** Description of property | **(b)** Cost (business use only) | **(c)** Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2013 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2015. Add lines 9 and 10, less line 12 .... G **13** | | |

**Note:** Do not use Part II or Part III below for listed property. Instead, use Part V.

## Part II    Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | **14** | 6,225. |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

## Part III    MACRS Depreciation (Do not include listed property.) (See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2014 | **17** | 115,519. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here .... G ☐ | | |

### Section B '  Assets Placed in Service During 2014 Tax Year Using the General Depreciation System

| **(a)** Classification of property | **(b)** Month and year placed in service | **(c)** Basis for depreciation (business/investment use only   see instructions) | **(d)** Recovery period | **(e)** Convention | **(f)** Method | **(g)** Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | 6,224. | 7 | HY | 200DB | 890. |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental | | | 27.5 yrs | MM | S/L | |
| property | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real | | | 39 yrs | MM | S/L | |
| property | | | | MM | S/L | |

### Section C '  Assets Placed in Service During 2014 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

## Part IV    Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | 2,375. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations ' see instructions | **22** | 125,009. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

BAA  **For Paperwork Reduction Act Notice, see separate instructions.**        FDIZ0812L 06/24/14        Form **4562** (2014)

Form 4562 (2014)   ECOSHEL, INC.   16-1312063   Page 2

| **Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, certain computers, and property used for entertainment, recreation, or amusement.) |

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

| **Section A** ' **Depreciation and Other Information** (Caution: See the instructions for limits for passenger automobiles.) |

24 a Do you have evidence to support the business/investment use claimed?.........  [X] Yes  [ ] No  24b If 'Yes,' is the evidence written?......  [X] Yes  [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions)............... **25** | | | | | | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| 1994 TOYOTA | 8/17/94 | 100.0 | 33,696. | 33,696. | 5.0 | 200DB HY | | |
| TOYOTA LAND | 10/03/00 | 100.0 | 56,469. | 56,469. | 5.0 | 200DB HY | 1,775. | |
| NISSAN | 9/26/15 | 100.0 | 3,000. | 3,000. | 5.0 | 200DB HY | 600. | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1............. **28** | | | | | | | 2,375. | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1............................. | | | | | | | **29** | 0. |

**Section B** ' **Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (**do not** include commuting miles). | | | | | | | | | | | | |
| 31 | Total commuting miles driven during the year........ | | | | | | | | | | | | |
| 32 | Total other personal (noncommuting) miles driven ........................ | | | | | | | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32 ................ | | | | | | | | | | | | |
| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 | Was the vehicle available for personal use during off-duty hours?................. | | | | | | | | | | | | |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person?......... | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use?............................. | | | | | | | | | | | | |

**Section C** ' **Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees?................................................. | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners ............. | | |
| 39 Do you treat all use of vehicles by employees as personal use?........................................ | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received?............................................ | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.)................. | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.

| **Part VI** | **Amortization** |

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2014 tax year (see instructions): | | | | | |
| CLOSING COSTS FAME | 2/20/15 | 23,446. | | 15 | 1,042. |
| CLOSING COSTS FAME | 11/10/14 | 6,479. | | 15 | 432. |
| 43 Amortization of costs that began before your 2014 tax year ................................. **43** | | | | | 6,175. |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report .................. **44** | | | | | 7,649. |

FDIZ0812L 06/24/14   Form **4562** (2014)

| 2014 | **FEDERAL STATEMENTS** | PAGE 1 |
|---|---|---|
| | ECOSHEL, INC. | |
| CLIENT FD1105 | F/K/A MARS ASSOCIATES, INC. | 16-1312063 |

9/15/16                                                                                      11:40AM

**STATEMENT 1**
**FORM 1120, LINE 10**
**OTHER INCOME**

| | | |
|---|---|---|
| COMMUNITY DEVELOPMENT BLOCK GRANT INCOME | $ | 281,420. |
| | TOTAL $ | 281,420. |

**STATEMENT 2**
**FORM 1120, LINE 26**
**OTHER DEDUCTIONS**

| | | |
|---|---|---|
| ADMINISTRATIVE EXPENSE | $ | 1,456. |
| AMORTIZATION | | 7,649. |
| AUTO AND TRUCK | | 11,992. |
| BANK/CREDIT CARD CHARGES | | 17,861. |
| DUES AND SUBSCRIPTIONS | | 99. |
| FACILITY EXPENSE | | 896. |
| INSURANCE | | 53,088. |
| LATE FEES | | 5,887. |
| LEGAL AND PROFESSIONAL | | 23,784. |
| MARKETING | | 12,768. |
| MEALS AND ENTERTAINMENT | | 2,901. |
| MISCELLANEOUS | | 579. |
| OFFICE EXPENSE | | 6,945. |
| SHIP/MAIL IP/SAMIPLE | | 4,773. |
| SMALL TOOLS/EQUIPMENT | | 7,380. |
| TRAVEL | | 7,030. |
| UTILITIES | | 39,831. |
| | TOTAL $ | 204,919. |

**STATEMENT 3**
**FORM 1120, LINE 29A**
**NET OPERATING LOSS DEDUCTION**

| | | | |
|---|---|---|---|
| CARRYOVER GENERATED FROM YEAR END | 10/31/06 | $ | 89,080. |
| AVAILABLE FOR CARRYOVER TO 2014 | | | 89,080. |
| CARRYOVER GENERATED FROM YEAR END | 10/31/07 | $ | 33,809. |
| AVAILABLE FOR CARRYOVER TO 2014 | | | 33,809. |
| CARRYOVER GENERATED FROM YEAR END | 10/31/08 | $ | 252,038. |
| AVAILABLE FOR CARRYOVER TO 2014 | | | 252,038. |
| CARRYOVER GENERATED FROM YEAR END | 10/31/09 | $ | 250,209. |
| AVAILABLE FOR CARRYOVER TO 2014 | | | 250,209. |
| CARRYOVER GENERATED FROM YEAR END | 10/31/10 | $ | 55,806. |

| 2014 | FEDERAL STATEMENTS | PAGE 2 |
|---|---|---|
| CLIENT FD1105 | ECOSHEL, INC.<br>F/K/A MARS ASSOCIATES, INC. | 16-1312063 |

9/15/16                                                                                           11:40AM

STATEMENT 3 (CONTINUED)
FORM 1120, LINE 29A
NET OPERATING LOSS DEDUCTION

| | | |
|---|---|---|
| AVAILABLE FOR CARRYOVER TO 2014............................................. | | 55,806. |
| CARRYOVER GENERATED FROM YEAR END   10/31/11 | $   296,510. | |
| AVAILABLE FOR CARRYOVER TO 2014............................................. | | 296,510. |
| CARRYOVER GENERATED FROM YEAR END   10/31/12 | $   193,898. | |
| AVAILABLE FOR CARRYOVER TO 2014............................................. | | 193,898. |
| CARRYOVER GENERATED FROM YEAR END   10/31/13 | $   538,997. | |
| AVAILABLE FOR CARRYOVER TO 2014............................................. | | 538,997. |
| CARRYOVER GENERATED FROM YEAR END   10/31/14 | $   565,627. | |
| AVAILABLE FOR CARRYOVER TO 2014............................................. | | 565,627. |
| NET OPERATING LOSSES AVAILABLE IN 2014................................... | | $ 2,275,974. |
| TAXABLE INCOME................................................................... | | -447,636. |
| TOTAL NET OPERATING LOSS DEDUCTION (LIMITED TO TAXABLE INCOME)........... | | 0. |

STATEMENT 4
FORM 1120, SCHEDULE L, LINE 6
OTHER CURRENT ASSETS

| | BEGINNING | ENDING |
|---|---|---|
| DUE FROM CEDARNORTH LLC.................................................. | $   178,085. | $   204,972. |
| TOTAL | $   178,085. | $   204,972. |

STATEMENT 5
FORM 1120, SCHEDULE L, LINE 14
OTHER ASSETS

| | BEGINNING | ENDING |
|---|---|---|
| DEPOSITS...................................................................... | $   3,250. | $   3,250. |
| TOTAL | $   3,250. | $   3,250. |

| 2014 | FEDERAL STATEMENTS | PAGE 3 |
|---|---|---|
| | ECOSHEL, INC. | |
| CLIENT FD1105 | F/K/A MARS ASSOCIATES, INC. | 16-1312063 |

9/15/16                                                                                    11:40AM

**STATEMENT 6**
**FORM 1120, SCHEDULE L, LINE 18**
**OTHER CURRENT LIABILITIES**

| | BEGINNING | ENDING |
|---|---|---|
| CUSTOMER DEPOSITS | $ 70,402. | $ 46,926. |
| PAYROLL TAX PAYABLE | 30,664. | 47,790. |
| TOTAL | $ 101,066. | $ 94,716. |

**STATEMENT 7**
**FORM 1125-A, LINE 5**
**OTHER COST OF GOODS SOLD**

| | |
|---|---|
| CONTRACT LABOR | $ 500. |
| SHIPPING | 56,229. |
| TOTAL | $ 56,729. |

| 2014 | FEDERAL WORKSHEETS | PAGE 1 |
|------|--------------------|--------|
| CLIENT FD1105 | ECOSHEL, INC.<br>F/K/A MARS ASSOCIATES, INC. | 16-1312063 |

9/15/16                                                                                                11:40AM

## CHARITABLE CONTRIBUTION DEDUCTION

| | |
|---|---|
| CARRYOVER FROM 2012 | $    60. |
| CARRYOVER FROM 2013 | 344. |
| DISALLOWED CONTRIBUTIONS DUE TO 10% LIMIT | -404. |
| TOTAL | $     0. |

## COMPUTATION OF ENDING DEPRECIABLE ASSETS

| | |
|---|---|
| 1. BEGINNING DEPRECIABLE ASSETS | 1,193,781. |
| 2. DEPRECIABLE ASSETS PLACED IN SERVICE IN CURRENT YEAR | 15,449. |
| 3. DEPRECIABLE ASSETS SOLD DURING THE CURRENT YEAR | 0. |
| ENDING BUILDINGS AND OTHER DEPRECIABLE ASSETS | 1,209,230. |

## COMPUTATION OF ENDING ACCUMULATED DEPRECIATION

| | |
|---|---|
| 1. BEGINNING BALANCE OF ACCUMULATED DEPRECIATION | 724,933. |
| 2. CURRENT YEAR BOOK DEPRECIATION | 125,009. |
| 3. ACCUMULATED DEPRECIATION ON ASSETS SOLD THIS YEAR | 0. |
| ENDING ACCUMULATED DEPRECIATION | 849,942. |

## COMPUTATION OF ENDING INTANGIBLE ASSETS

| | |
|---|---|
| 1. BEGINNING INTANGIBLE ASSETS | 43,074. |
| 2. INTANGIBLE ASSETS PLACED IN SERVICE IN CURRENT YEAR | 29,925. |
| 3. INTANGIBLE ASSETS SOLD DURING THE CURRENT YEAR | 0. |
| ENDING INTANGIBLE ASSETS | 72,999. |

## COMPUTATION OF ENDING ACCUMULATED AMORTIZATION

| | |
|---|---|
| 1. BEGINNING BALANCE OF ACCUMULATED AMORTIZATION | 12,479. |
| 2. CURRENT YEAR BOOK AMORTIZATION | 7,649. |
| 3. ACCUMULATED AMORTIZATION ON ASSETS SOLD THIS YEAR | 0. |
| ENDING ACCUMULATED AMORTIZATION | 20,128. |

## COMPUTATION OF NET INCOME (LOSS) PER BOOKS
## FORM 1120, SCHEDULE M-1, LINE 1

| | |
|---|---|
| INCOME (LOSS) PER RETURN (PAGE 1, LINE 28) | -447,636. |
| | |
| INCREASES: | |
| DEDUCTIONS ON RETURN NOT RECORDED ON BOOKS (SCH. M-1, LINE 8) | 0. |
| INCOME RECORDED ON BOOKS NOT INCLUDED ON RETURN (SCH. M-1, LINE 7) | 0. |
| | |
| DECREASES: | |
| EXPENSES RECORDED ON BOOKS NOT DEDUCTED ON RETURN (SCH. M-1, LINE 5) | -2,901. |
| INCOME SUBJECT TO TAX NOT RECORDED ON BOOKS (SCH. M-1, LINE 4) | 0. |
| EXCESS OF CAPITAL LOSSES OVER CAPITAL GAINS (SCH. M-1, LINE 3) | 0. |

| 2014 | **FEDERAL WORKSHEETS** | PAGE 2 |
|---|---|---|
| | ECOSHEL, INC. | |
| CLIENT FD1105 | F/K/A MARS ASSOCIATES, INC. | 16-1312063 |

9/15/16                                                                              11:40AM

---

**COMPUTATION OF NET INCOME (LOSS) PER BOOKS (CONTINUED)**
**FORM 1120, SCHEDULE M-1, LINE 1**

| | |
|---|---|
| FEDERAL INCOME TAX PER BOOKS (SCH. M-1, LINE 2) | 0. |
| COMPUTED NET INCOME (LOSS) PER BOOKS (SCH. M-1, LINE 1) | -450,537. |

---

**COMPUTATION OF CONTRIBUTION CARRYOVER TO 2015**

| | |
|---|---|
| 1A.TOTAL CONTRIBUTIONS (OTHER THAN QCC) | 404. |
| 1B.QUALIFIED CONSERVATION CONTRIBUTIONS (QCC) - 100% | 0. |
| 2. CONTRIBUTIONS ALLOWED IN 2014 | 0. |
| 3. 2009 EXPIRED CONTRIBUTIONS | 0. |
| 4. ADJUSTMENT PER SEC. 170(D)(2)(B) | 0. |
| 5. CARRYOVER TO 2015 (LINES 1A & B LESS LINES 2, 3, & 4) | 404. |

| YEAR | CONTRIBUTION | AMOUNT DEDUCTED IN 2014 | TENTATIVE CARRYOVER | AMT CONVERTED TO NOL PER SEC 172(B)(2) | CARRYOVER TO 2015 |
|---|---|---|---|---|---|
| 2012 | 60. | 0. | 60. | 0. | 60. |
| 2013 | 344. | 0. | 344. | 0. | 344. |
| TOTALS | 404. | 0. | 404. | 0. | 404. |

---

**COMPUTATION OF 2014 NET OPERATING LOSS**

| | |
|---|---|
| 1. TOTAL INCOME | 143,632. |
| 2. TOTAL DEDUCTIONS | 591,268. |
| 3. TAXABLE INCOME (LINE 1 LESS LINE 2) | -447,636. |
| 4. SPECIAL DEDUCTIONS UNLIMITED | 0. |
| 5. 2014 NET OPERATING LOSS (LINE 3 MINUS LINE 4) | 447,636. |

---

**COMPUTATION OF 2014 ALTERNATIVE TAX NET OPERATING LOSS**

| | |
|---|---|
| 1. 2014 NET OPERATING INCOME (LOSS) | -447,636. |
| 2. TAX PREFERENCE ITEMS/ADJUSTMENTS | -1,964. |
| 3. 2014 ATNOL (LINE 1 PLUS LINE 2) | 449,600. |

COMPUTATION OF ALLOWABLE ATNOL

**Form 4626**

Department of the Treasury
Internal Revenue Service

## Alternative Minimum Tax ' Corporations

G Attach to the corporation's tax return.
G Information about Form 4626 and its separate instructions is at *www.irs.gov/form4626.*

OMB No. 1545-0123

**2014**

| Name | Employer identification number |
|---|---|
| ECOSHEL, INC.<br>F/K/A MARS ASSOCIATES, INC. | 16-1312063 |

**Note:** See the instructions to find out if the corporation is a small corporation exempt from the alternative minimum tax (AMT) under section 55(e).

| | | | |
|---|---|---|---:|
| 1 | Taxable income or (loss) before net operating loss deduction................................................ | 1 | -447,636. |
| 2 | **Adjustments and preferences:** | | |
| a | Depreciation of post-1986 property. ...................................................................... | 2a | -1,964. |
| b | Amortization of certified pollution control facilities. ...................................................... | 2b | |
| c | Amortization of mining exploration and development costs. .............................................. | 2c | |
| d | Amortization of circulation expenditures (personal holding companies only)............................. | 2d | |
| e | Adjusted gain or loss. ................................................................................... | 2e | |
| f | Long-term contracts .................................................................................... | 2f | |
| g | Merchant marine capital construction funds .............................................................. | 2g | |
| h | Section 833(b) deduction (Blue Cross, Blue Shield, and similar type organizations only)............... | 2h | |
| i | Tax shelter farm activities (personal service corporations only) ......................................... | 2i | |
| j | Passive activities (closely held corporations and personal service corporations only) ................... | 2j | |
| k | Loss limitations ......................................................................................... | 2k | |
| l | Depletion .............................................................................................. | 2l | |
| m | Tax-exempt interest income from specified private activity bonds ....................................... | 2m | |
| n | Intangible drilling costs. ................................................................................. | 2n | |
| o | Other adjustments and preferences ..................................................................... | 2o | 449,600. |
| 3 | Pre-adjustment alternative minimum taxable income (AMTI). Combine lines 1 through 2o ............... | 3 | 0. |
| 4 | **Adjusted current earnings (ACE) adjustment:** | | |
| a | ACE from line 10 of the ACE worksheet in the instructions .................... | 4a | |
| b | Subtract line 3 from line 4a. If line 3 exceeds line 4a, enter the difference as a negative amount (see instructions). ..................................... | 4b | |
| c | Multiply line 4b by 75% (.75). Enter the result as a positive amount ........... | 4c | |
| d | Enter the excess, if any, of the corporation's total increases in AMTI from prior year ACE adjustments over its total reductions in AMTI from prior year ACE adjustments (see instructions). **Note: You must** enter an amount on line 4d (even if line 4b is positive) | 4d | 0. |
| e | ACE adjustment. | | |
| | ? If line 4b is zero or more, enter the amount from line 4c. | | |
| | ? If line 4b is less than zero, enter the **smaller** of line 4c or line 4d as a negative amount .......... | 4e | 0. |
| 5 | Combine lines 3 and 4e. If zero or less, stop here; the corporation does not owe any AMT. .............. | 5 | 0. |
| 6 | Alternative tax net operating loss deduction (see instructions) ........................................... | 6 | 0. |
| 7 | **Alternative minimum taxable income.** Subtract line 6 from line 5. If the corporation held a residual interest in a REMIC, see instructions .......... | 7 | |
| 8 | **Exemption phase-out** (if line 7 is $310,000 or more, skip lines 8a and 8b and enter -0- on line 8c): | | |
| a | Subtract $150,000 from line 7 (if completing this line for a member of a controlled group, see instructions). If zero or less, enter -0- ............. | 8a | |
| b | Multiply line 8a by 25% (.25) ............................................ | 8b | |
| c | Exemption. Subtract line 8b from $40,000 (if completing this line for a member of a controlled group, see instructions). If zero or less, enter -0-. ...................... | 8c | |
| 9 | Subtract line 8c from line 7. If zero or less, enter -0-.................................................... | 9 | |
| 10 | Multiply line 9 by 20% (.20) ............................................................................ | 10 | |
| 11 | Alternative minimum tax foreign tax credit (AMTFTC) (see instructions) ................................. | 11 | |
| 12 | Tentative minimum tax. Subtract line 11 from line 10. .................................................. | 12 | |
| 13 | Regular tax liability before applying all credits except the foreign tax credit. ........................... | 13 | |
| 14 | **Alternative minimum tax.** Subtract line 13 from line 12. If zero or less, enter -0-. Enter here and on Form 1120, Schedule J, line 3, or the appropriate line of the corporation's income tax return ............. | 14 | |

BAA  **For Paperwork Reduction Act Notice, see separate instructions.**

Form 4626 (2014)

| 2014 | FEDERAL NET OPERATING LOSS WORKSHEETS | PAGE 1 |
|---|---|---|
| CLIENT FD1105 | ECOSHEL, INC.<br>F/K/A MARS ASSOCIATES, INC. | 16-1312063 |

9/15/16                                                                                                          11:40AM

NOL DATA

| A. | CARRYBACK OR CARRYOVER YEAR | 2014 |
|---|---|---|
| B. | NOL YEAR | 2005 |
| C. | NOL AMOUNT | 89,080. |
| D(1). | CARRYOVERS FROM YEARS BEFORE BOTH A & B | 0. |
| D(2). | CARRYBACKS FROM YEARS BEFORE B | 0. |

COMPUTATION OF MODIFIED TAXABLE INCOME

| 1. | TAXABLE INCOME FOR YEAR A | -447,636. |
|---|---|---|
| 2. | AMOUNT FROM D(1) | 0. |
| 3. | SUBTRACT LINE 2 FROM LINE 1 | -447,636. |
| 4. | ALLOWED CONTRIBUTIONS USING AMOUNT ON LINE 3 | 0. |
| 5. | AMOUNT FROM D(2) | 0. |
| 6. | DIVIDEND RECEIVED DEDUCTION | 0. |
| 7. | ADD LINES 4, 5, AND 6 | 0. |
| 8. | MODIFIED TAXABLE INCOME (LINE 3 - LINE 7) | -447,636. |

| NOL ON LINE C ABSORBED THIS YEAR | 0. |
|---|---|
| NOL ON LINE C NOT ABSORBED THIS YEAR | 89,080. |

NOL DATA

| A. | CARRYBACK OR CARRYOVER YEAR | 2014 |
|---|---|---|
| B. | NOL YEAR | 2006 |
| C. | NOL AMOUNT | 33,809. |
| D(1). | CARRYOVERS FROM YEARS BEFORE BOTH A & B | 89,080. |
| D(2). | CARRYBACKS FROM YEARS BEFORE B | 0. |

COMPUTATION OF MODIFIED TAXABLE INCOME

| 1. | TAXABLE INCOME FOR YEAR A | -447,636. |
|---|---|---|
| 2. | AMOUNT FROM D(1) | 89,080. |
| 3. | SUBTRACT LINE 2 FROM LINE 1 | -536,716. |
| 4. | ALLOWED CONTRIBUTIONS USING AMOUNT ON LINE 3 | 0. |
| 5. | AMOUNT FROM D(2) | 0. |
| 6. | DIVIDEND RECEIVED DEDUCTION | 0. |
| 7. | ADD LINES 4, 5, AND 6 | 0. |
| 8. | MODIFIED TAXABLE INCOME (LINE 3 - LINE 7) | -536,716. |

| NOL ON LINE C ABSORBED THIS YEAR | 0. |
|---|---|
| NOL ON LINE C NOT ABSORBED THIS YEAR | 33,809. |

| 2014 | FEDERAL NET OPERATING LOSS WORKSHEETS | PAGE 2 |
|---|---|---|
| CLIENT FD1105 | ECOSHEL, INC.<br>F/K/A MARS ASSOCIATES, INC. | 16-1312063 |

9/15/16                                                                                           11:40AM

NOL DATA

| A. | CARRYBACK OR CARRYOVER YEAR | 2014 |
|---|---|---|
| B. | NOL YEAR | 2007 |
| C. | NOL AMOUNT | 252,038. |
| D(1). | CARRYOVERS FROM YEARS BEFORE BOTH A & B | 122,889. |
| D(2). | CARRYBACKS FROM YEARS BEFORE B | 0. |

COMPUTATION OF MODIFIED TAXABLE INCOME

| 1. | TAXABLE INCOME FOR YEAR A | -447,636. |
|---|---|---|
| 2. | AMOUNT FROM D(1) | 122,889. |
| 3. | SUBTRACT LINE 2 FROM LINE 1 | -570,525. |
| 4. | ALLOWED CONTRIBUTIONS USING AMOUNT ON LINE 3 | 0. |
| 5. | AMOUNT FROM D(2) | 0. |
| 6. | DIVIDEND RECEIVED DEDUCTION | 0. |
| 7. | ADD LINES 4, 5, AND 6 | 0. |
| 8. | MODIFIED TAXABLE INCOME (LINE 3 - LINE 7) | -570,525. |

|  | NOL ON LINE C ABSORBED THIS YEAR | 0. |
|---|---|---|
|  | NOL ON LINE C NOT ABSORBED THIS YEAR | 252,038. |

NOL DATA

| A. | CARRYBACK OR CARRYOVER YEAR | 2014 |
|---|---|---|
| B. | NOL YEAR | 2008 |
| C. | NOL AMOUNT | 250,209. |
| D(1). | CARRYOVERS FROM YEARS BEFORE BOTH A & B | 374,927. |
| D(2). | CARRYBACKS FROM YEARS BEFORE B | 0. |

COMPUTATION OF MODIFIED TAXABLE INCOME

| 1. | TAXABLE INCOME FOR YEAR A | -447,636. |
|---|---|---|
| 2. | AMOUNT FROM D(1) | 374,927. |
| 3. | SUBTRACT LINE 2 FROM LINE 1 | -822,563. |
| 4. | ALLOWED CONTRIBUTIONS USING AMOUNT ON LINE 3 | 0. |
| 5. | AMOUNT FROM D(2) | 0. |
| 6. | DIVIDEND RECEIVED DEDUCTION | 0. |
| 7. | ADD LINES 4, 5, AND 6 | 0. |
| 8. | MODIFIED TAXABLE INCOME (LINE 3 - LINE 7) | -822,563. |

|  | NOL ON LINE C ABSORBED THIS YEAR | 0. |
|---|---|---|
|  | NOL ON LINE C NOT ABSORBED THIS YEAR | 250,209. |

| 2014 | FEDERAL NET OPERATING LOSS WORKSHEETS | PAGE 3 |
|---|---|---|
| CLIENT FD1105 | ECOSHEL, INC.<br>F/K/A MARS ASSOCIATES, INC. | 16-1312063 |

9/15/16                                                                                          11:40AM

NOL DATA

```
A.      CARRYBACK OR CARRYOVER YEAR                               2014
B.      NOL YEAR                                                  2009
C.      NOL AMOUNT                                              55,806.
D(1).   CARRYOVERS FROM YEARS BEFORE BOTH A & B                 625,136.
D(2).   CARRYBACKS FROM YEARS BEFORE B                              0.
```

COMPUTATION OF MODIFIED TAXABLE INCOME

```
1.      TAXABLE INCOME FOR YEAR A                              -447,636.
2.      AMOUNT FROM D(1)                                        625,136.
3.      SUBTRACT LINE 2 FROM LINE 1                           -1,072,772.
4.      ALLOWED CONTRIBUTIONS USING AMOUNT ON LINE 3                0.
5.      AMOUNT FROM D(2)                                            0.
6.      DIVIDEND RECEIVED DEDUCTION                                 0.
7.      ADD LINES 4, 5, AND 6                                       0.
8.      MODIFIED TAXABLE INCOME (LINE 3 - LINE 7)            -1,072,772.

        NOL ON LINE C ABSORBED THIS YEAR                           0.
        NOL ON LINE C NOT ABSORBED THIS YEAR                    55,806.
```

NOL DATA

```
A.      CARRYBACK OR CARRYOVER YEAR                               2014
B.      NOL YEAR                                                  2010
C.      NOL AMOUNT                                              296,510.
D(1).   CARRYOVERS FROM YEARS BEFORE BOTH A & B                 680,942.
D(2).   CARRYBACKS FROM YEARS BEFORE B                              0.
```

COMPUTATION OF MODIFIED TAXABLE INCOME

```
1.      TAXABLE INCOME FOR YEAR A                              -447,636.
2.      AMOUNT FROM D(1)                                        680,942.
3.      SUBTRACT LINE 2 FROM LINE 1                           -1,128,578.
4.      ALLOWED CONTRIBUTIONS USING AMOUNT ON LINE 3                0.
5.      AMOUNT FROM D(2)                                            0.
6.      DIVIDEND RECEIVED DEDUCTION                                 0.
7.      ADD LINES 4, 5, AND 6                                       0.
8.      MODIFIED TAXABLE INCOME (LINE 3 - LINE 7)            -1,128,578.

        NOL ON LINE C ABSORBED THIS YEAR                           0.
        NOL ON LINE C NOT ABSORBED THIS YEAR                   296,510.
```

| 2014 | FEDERAL NET OPERATING LOSS WORKSHEETS | PAGE 4 |
|---|---|---|
| CLIENT FD1105 | ECOSHEL, INC.<br>F/K/A MARS ASSOCIATES, INC. | 16-1312063 |

9/15/16                                                                                    11:40AM

NOL DATA

```
A.       CARRYBACK OR CARRYOVER YEAR                                      2014
B.       NOL YEAR                                                        2011
C.       NOL AMOUNT                                                   193,898.
D(1).    CARRYOVERS FROM YEARS BEFORE BOTH A & B                       977,452.
D(2).    CARRYBACKS FROM YEARS BEFORE B                                      0.
```

COMPUTATION OF MODIFIED TAXABLE INCOME

```
1.       TAXABLE INCOME FOR YEAR A                                    -447,636.
2.       AMOUNT FROM D(1)                                              977,452.
3.       SUBTRACT LINE 2 FROM LINE 1                                -1,425,088.
4.       ALLOWED CONTRIBUTIONS USING AMOUNT ON LINE 3                        0.
5.       AMOUNT FROM D(2)                                                    0.
6.       DIVIDEND RECEIVED DEDUCTION                                         0.
7.       ADD LINES 4, 5, AND 6                                               0.
8.       MODIFIED TAXABLE INCOME (LINE 3 - LINE 7)                  -1,425,088.

         NOL ON LINE C ABSORBED THIS YEAR                                   0.
         NOL ON LINE C NOT ABSORBED THIS YEAR                         193,898.
```

NOL DATA

```
A.       CARRYBACK OR CARRYOVER YEAR                                      2014
B.       NOL YEAR                                                        2012
C.       NOL AMOUNT                                                   538,997.
D(1).    CARRYOVERS FROM YEARS BEFORE BOTH A & B                     1,171,350.
D(2).    CARRYBACKS FROM YEARS BEFORE B                                      0.
```

COMPUTATION OF MODIFIED TAXABLE INCOME

```
1.       TAXABLE INCOME FOR YEAR A                                    -447,636.
2.       AMOUNT FROM D(1)                                            1,171,350.
3.       SUBTRACT LINE 2 FROM LINE 1                                -1,618,986.
4.       ALLOWED CONTRIBUTIONS USING AMOUNT ON LINE 3                        0.
5.       AMOUNT FROM D(2)                                                    0.
6.       DIVIDEND RECEIVED DEDUCTION                                         0.
7.       ADD LINES 4, 5, AND 6                                               0.
8.       MODIFIED TAXABLE INCOME (LINE 3 - LINE 7)                  -1,618,986.

         NOL ON LINE C ABSORBED THIS YEAR                                   0.
         NOL ON LINE C NOT ABSORBED THIS YEAR                         538,997.
```

| 2014 | FEDERAL NET OPERATING LOSS WORKSHEETS | PAGE 5 |
|---|---|---|
| | ECOSHEL, INC. | |
| CLIENT FD1105 | F/K/A MARS ASSOCIATES, INC. | 16-1312063 |

9/15/16                                                                                    11:40AM

NOL DATA

| | | |
|---|---|---|
| A. | CARRYBACK OR CARRYOVER YEAR | 2014 |
| B. | NOL YEAR | 2013 |
| C. | NOL AMOUNT | 565,627. |
| D(1). | CARRYOVERS FROM YEARS BEFORE BOTH A & B | 1,710,347. |
| D(2). | CARRYBACKS FROM YEARS BEFORE B | 0. |

COMPUTATION OF MODIFIED TAXABLE INCOME

| | | |
|---|---|---|
| 1. | TAXABLE INCOME FOR YEAR A | -447,636. |
| 2. | AMOUNT FROM D(1) | 1,710,347. |
| 3. | SUBTRACT LINE 2 FROM LINE 1 | -2,157,983. |
| 4. | ALLOWED CONTRIBUTIONS USING AMOUNT ON LINE 3 | 0. |
| 5. | AMOUNT FROM D(2) | 0. |
| 6. | DIVIDEND RECEIVED DEDUCTION | 0. |
| 7. | ADD LINES 4, 5, AND 6 | 0. |
| 8. | MODIFIED TAXABLE INCOME (LINE 3 - LINE 7) | -2,157,983. |

| | |
|---|---|
| NOL ON LINE C ABSORBED THIS YEAR | 0. |
| NOL ON LINE C NOT ABSORBED THIS YEAR | 565,627. |

# 2014

**MAINE CORPORATE INCOME TAX RETURN FORM 1120ME**

For calendar year 2014 or tax year



36

| 11 | 01 | 2014 | to | 10 | 31 | 2015 |
|---|---|---|---|---|---|---|
| MM | DD | YYYY | | MM | DD | YYYY |

**ECOSHEL INC**
Name of Corporation

**321900**
Federal Business Code

**Check if you filed federal Form 990-T**

**115 MIDDLE STREET 300**
Address

**16 1312063**
Federal Employer ID Number

**ME**
State of Incorporation

**PORTLAND**
City, Town or Post Office

**ME**
State

**04101**
ZIP Code

Parent Company Employer ID Number

Contact Person's First Name          Contact Person's Last Name

Telephone Number

Check here if you are claiming an exemption from the Maine corporate income tax pursuant to PL 86-272.

Check this box if any member of the combined group owned an interest in a pass-through entity doing business in Maine.

If so, provide EIN of pass-through entity.

Check this box if during the tax year any member of the combined group disposed of an interest in a pass-through entity doing business in Maine.

Member of an affiliated group filing a separate return

Based on a pro-forma

**CHECK APPLICABLE BOXES:**          4

1    Initial Return

2    Change of name/address

3    Combined return (Attach Form CR)

Final return.
If final, check appropriate box below.

Ceased doing business in Maine
Date _____

Dissolved
Date _____          5

Merged, acquired or reorganized
Date _____          6
Successor EIN _____

| | | | | |
|---|---|---|---|---|
| A | FEDERAL CONSOLIDATED INCOME (federal Form 1120, line 30) . . . . . . . . . . . . . . | A | | 00 |
| B | TENTATIVE TOTAL TAX FILED ON FEDERAL FORM 7004 . . . . . . . . . . . . . . . . . . . . | B | | 00 |
| 1 | FEDERAL TAXABLE INCOME (federal Form 1120, line 30. If filing a combined report, enter amount from Form CR, line 11). If negative, enter a minus sign to the left of the number. . . . . . . . . . . . . . . . | 1 | | -447636 . 00 |

**SUBTRACTIONS FROM FEDERAL TAXABLE INCOME:**

| 2 | a | NONTAXABLE INTEREST . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 a | | 00 |
|---|---|---|---|---|---|
| | b | FOREIGN DIVIDEND GROSS-UP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 b | | 00 |
| | c | WORK OPPORTUNITY CREDIT AND EMPOWERMENT ZONE CREDIT DEDUCTIONS (attach federal Form 5884 and/or Form 8844, as appropriate). . . | 2 c | | 00 |
| | d | INCOME NOT TAXABLE UNDER THE CONSTITUTION OF MAINE OR THE U.S. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 d | | 00 |
| | e | DIVIDENDS FROM CERTAIN AFFILIATED CORPORATIONS (limitations see instructions). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 e | | 00 |
| | f | NET OPERATING LOSS RECAPTURE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 f | | 00 |
| | g | INCOME FROM OWNERSHIP INTEREST IN PASS-THROUGH ENTITY FINANCIAL INSTITUTIONS (subject to Maine franchise tax) . . . . . . . . . . . . | 2 g | | 00 |

FORM 1120ME ' Page 2 **2014**  36
MAINE CORPORATE INCOME TAX RETURN
*1400101*

16 1312063
Federal EIN   ECOSHEL  INC

**SUBTRACTIONS, cont:**

| | | | |
|---|---|---|---|
| h | STATE INCOME TAX REFUNDS (included in line 1 above) . . . . . . . . . . . . | 2h | 00 |
| i | BONUS DEPRECIATION / SECTION 179 EXPENSE RECAPTURE . . . . . . . . . . | 2 i | 10550100 |
| j | OTHER (see instructions) . . . . . . . . . . . . . . . . | 2 j | 00 |
| k | TOTAL SUBTRACTIONS (add lines 2a through 2j) . . . . . | 2 k | 10550100 |
| 3 | LINE 1 MINUS 2k. If negative, enter a minus sign to the left of the number . . . . . . . . . . . | 3 | -55313700 |

**ADDITIONS TO FEDERAL TAXABLE INCOME:**

| | | | |
|---|---|---|---|
| 4 a | INCOME TAXES (imposed by Maine or any other state, attach sch) . . . . . . . . . . . . . . | 4 a | 00 |
| b | RESERVED . . . . . . . . . . . . . . . . . . . . . . . . . | 4 b | 00 |
| c | INTEREST FROM STATE AND MUNICIPAL BONDS (other than Maine) . . . . . . . . . . . . . | 4 c | 00 |
| d | NET OPERATING LOSS ADJUSTMENT . . . . . . . . . . . . . . . . . . . . . | 4 d | 00 |
| e | MAINE CAPITAL INVESTMENT CREDIT BONUS DEPRECIATION ADD-BACK . . | 4 e | 00 |
| f | BONUS DEPRECIATION ADD-BACK . . . . . . . . . . . . . . . . . . . | 4 f | 00 |
| g | OTHER (see instructions) . . . . . . . . . . . . . . . . . . . | 4 g | 00 |
| h | TOTAL ADDITIONS (add lines 4a through 4g) . . . . . . . . . . . | 4 h | 00 |
| 5 | ADJUSTED FEDERAL TAXABLE INCOME (add lines 3 and 4h) . . . . . . . . . | 5 | -55313700 |

**TAX:**

| | | | |
|---|---|---|---|
| 6 | GROSS TAX (from rate schedule in instructions) . . . . . . . . . | 6 | 0.00 |
| 7 a | MAINE CORPORATE INCOME TAX (from line 6 above or Schedule A, line 17) . . . . . . . . . | 7 a | 0.00 |
| b | ALTERNATIVE MINIMUM TAX: (from Schedule B, line 28c ' attach federal Form 4626) . . . . . | 7 b | 00 |
| c | TOTAL TAX (add lines 7a and 7b) . . . . . . . . . . | 7 c | 0.00 |

**PAYMENTS AND CREDITS:**

| | | | |
|---|---|---|---|
| 8 a | MAINE ESTIMATED TAX PAID . . . . . . . . . . . . . . . . . | 8 a | 00 |
| b | EXTENSION PAYMENT (Form 1120EXT-ME) . . . . . . . . . . . . . . | 8 b | 00 |
| c | TAX CREDITS (Schedule C, line 29o may not exceed tax on line 7a) . . . . . . . . . | 8 c | 00 |
| d | INCOME TAX WITHHELD (from a pass-through entity or from gambling winnings. Enclose Form 1099ME, W-2G, or other supporting documentation) . . . . . . . . . . | 8 d | 00 |
| e | REFUNDABLE CREDITS (Schedule C, Line 30c) . . . . . . . . . . | 8 e | 00 |
| f | TOTAL PAYMENTS AND CREDITS (add lines 8a through 8e) . . . . . . . . . | 8 f | 00 |

FORM 1120ME, Page 3

**2014**
**MAINE CORPORATE INCOME TAX RETURN**



36

16  1312063
Federal EIN

*1400102*

ECOSHEL INC

Use EZ Pay at
maine.gov/revenue

9  a  If line 7c is greater than line 8f, enter
**TAX BALANCE DUE** . . . . . . . . . . . . . . . . . . . . . . 9 a          0 . 00

Check here if
Form 2220ME
block 5a is checked.

b  Enter **PENALTY** for underpayment of
estimated tax (attach Form 2220ME) . . . . . . . . . . 9 b          00

c  **TOTAL AMOUNT DUE** (add lines 9a and 9b). Pay in full with return. You may be required to make pmts
electronically. See instrs or Rule 102. (make check payable to **Treasurer, State of Maine**) . . . . . . . . . . . . . . . 9 c          0 . 00

10  If line 8f minus line 9b is greater than line 7c, enter **OVERPAYMENT** . . . . . . . . . . . . . . . . . . . . 10          00

11  Amount of line 10 to be:
a  **CREDITED** to next year's estimated tax          00    **11 b REFUNDED**          00

**REFUND DEPOSITED DIRECTLY TO YOUR CHECKING ACCOUNT ($10,000 or less). SEE INSTRUCTIONS.**

Check this box if this
refund will go to an
account outside the
United States

**11c** Routing Number

**11d** Checking Account Number

CORPORATION PRESIDENT'S NAME                                    SOCIAL SECURITY NUMBER

TREASURER'S NAME                                               SOCIAL SECURITY NUMBER

COMPANY'S WEB SITE ADDRESS

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements and to the best of my knowledge and belief they are true, correct and
complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

                              VICE-PRESIDENT

DATE          OFFICER'S SIGNATURE                    TITLE                    SOCIAL SECURITY NUMBER

              M. SCOTT MCHUGH
              SIGNATURE AND ADDRESS OF PREPARER (INDIVIDUAL OR FIRM)
              MCHUGH CPA GROUP INC.
DATE          5550 TRIANGLE PKWY STE 200
              PEACHTREE CORNERS, GA 30092                        PREPARER'S SSN OR PTIN

**THIS RETURN MUST BE ACCOMPANIED BY A LEGIBLE COPY OF THE U.S. CORPORATE INCOME TAX RETURN, FEDERAL FORM 1120,
PAGES 1 - 5, FOR THE SAME TAXABLE PERIOD.**

Please submit forms in the following order:
1  Pages 1 through 5 of Form 1120ME, as required.
2  Form CR, if required, including affiliation schedule.
3  Other statements for the Maine income tax return.
4  A copy of federal Form 1120, pages 1 through 5.

If enclosing a check, make check payable to:        If not enclosing a check,
**Treasurer, State of Maine**                              MAIL RETURN TO:
and MAIL WITH RETURN TO:
MAINE REVENUE SERVICES                          MAINE REVENUE SERVICES
P.O. BOX 1065                                   P.O. BOX 1064
AUGUSTA, ME 04332-1065                          AUGUSTA, ME 04332-1064

    IN    1032                                    MECA0212L  1/6/15

FORM 1120ME ' Page 4
**2014**
**MAINE CORPORATE INCOME TAX RETURN**



36

*1400103*

16  1312063
Federal EIN    ECOSHEL  INC

## SCHEDULE A ' APPORTIONMENT OF TAX

Do not complete this schedule if 100% of your business activity is attributable to Maine.
Schedules B, C, and D may still be required.

All others must complete this schedule and enter amounts in columns A and B, even if those amounts are zero.
If this schedule is left blank or excluded, your Maine apportionment factor will be set at 100%. Round all dollar amounts to whole numbers.

Check if using an alternate apportionment as provided by 36 M.R.S. § 5211(17) or if this is a mutual fund service provider
electing to use the special apportionment formula under 36 M.R.S. § 5212(2).

| | (A)<br>Within<br>Maine | (B)<br>Everywhere | (C)<br>Apportionment Factor Line 12,<br>Column(A)/Column (B)<br>Rounded to 6 Decimals |
|---|---|---|---|
| 12 Total Sales | 00 e | 00 = | |
| 13 Total Payroll | 00 | 00 | |
| 14 Total Property | 00 | 00 | |

15  MAINE APPORTIONMENT FACTOR ' line 12, column (C) above. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  15

16  GROSS TAX (from page 2, line 6). . . . . . . . . . . . . . . . . . . . . . . . . .  16                                        00

17  MAINE CORPORATE INCOME TAX (line 16 x line 15 factor.
    Enter here and on line 7a, page 2). . . . . . . . . . . . . . . . . . . . . . . . .  17                                        00

18  What amount of line 14, column A is TANGIBLE PERSONAL PROPERTY? . . . . . . . . . .  18                                        00

MECA0212L  1/6/15

## SCHEDULE B ' ALTERNATIVE MINIMUM TAX
### (Attach federal Form 4626)

| | | |
|---|---|---|
| 19 FEDERAL ALTERNATIVE MINIMUM TAXABLE INCOME (federal Form 4626, line 7. If negative, enter a minus sign in the space to the left of the total). . . . . . . | 19 | -449600.00 |
| 20 MODIFICATIONS (if negative, enter a minus sign in the space to the left of the total) . . . . . . . . . . | 20 | -105501.00 |
| 21 TENTATIVE ALTERNATIVE MINIMUM TAXABLE INCOME. (combine lines 19 and 20. If zero or less, enter zero and stop here. You have no alternative minimum tax for this year.). . . . . . . . . . . | 21 | 0.00 |
| 22 EXEMPTION (see instructions). . . . . . . . . . . . . . . . . . . . . . . | 22 | 00 |
| 23 ADJUSTED TENTATIVE ALTERNATIVE MINIMUM TAXABLE INCOME (line 21 minus line 22). . . . . . . . . . | 23 | 00 |
| 24 APPORTIONMENT FACTOR (round to 6 decimals. If 100%, enter 1.000000.). . . . . | 24 | |
| 25 ALTERNATIVE MINIMUM TAXABLE INCOME (line 23 multiplied by line 24). . . . . . | 25 | 00 |
| 26 TENTATIVE MINIMUM TAX (line 25 multiplied by 5.4% [0.054]) . . . . . . . . . . . . . . . | 26 | 00 |
| 27 MAINE CORPORATE INCOME TAX (line 7a). . . . . . . . . . . . . . . . . . . | 27 | 00 |
| 28 a ALTERNATIVE MINIMUM TAX PRIOR TO PINE TREE DEVELOPMENT ZONE CREDIT (line 26 minus line 27). . . . . . . . . . . . . . . . . . . . . . . | 28a | 00 |
| b PINE TREE DEVELOPMENT ZONE ALTERNATIVE MINIMUM TAX CREDIT (from credit application worksheet). . . . . . . . . . . . . . . . . . . . . . | 28b | 00 |
| c ALTERNATIVE MINIMUM TAX (line 28a minus line 28b). Enter here and on line 7b. (If less than zero, enter zero). . . . . . . . . . . . . . . . . . . | 28c | 00 |

IN    1032



FORM 1120ME ' Page 5

**2014**
**MAINE CORPORATE INCOME TAX RETURN**

36

*1400104*

16  1312063
Federal EIN

ECOSHEL INC

SCHEDULE C ' TAX CREDITS
(Attach worksheets. To get worksheets, see *www.maine.gov/revenue/forms.*)

**Non-refundable Credits**

| | | | | |
|---|---|---|---|---|
| 29 | a | SEED CAPITAL INVESTMENT TAX CREDIT | 29a | 00 |
| | b | JOBS AND INVESTMENT TAX CREDIT | 29b | 00 |
| | c | EMPLOYER-ASSISTED DAY CARE CREDIT AND QUALITY CHILD CARE INVESTMENT CREDIT | 29c | 00 |
| | d | EMPLOYER-PROVIDED LONG-TERM CARE BENEFITS CREDIT | 29d | 00 |
| | e | PINE TREE DEVELOPMENT ZONE REGULAR TAX CREDIT | 29e | 00 |
| | f | MAINE CAPITAL INVESTMENT CREDIT | 29f | 00 |
| | g | RESEARCH EXPENSE TAX CREDIT | 29g | 00 |
| | h | SUPER CREDIT FOR SUBSTANTIALLY INCREASED RESEARCH AND DEVELOPMENT | 29h | 00 |
| | i | HIGH-TECHNOLOGY INVESTMENT TAX CREDIT | 29i | 00 |
| | j | MINIMUM TAX CREDIT (from Schedule D, line 31g) | 29j | 00 |
| | k | CREDIT FOR DEPENDENT HEALTH BENEFITS PAID | 29k | 00 |
| | l | CREDIT FOR EDUCATIONAL OPPORTUNITY | 29l | 00 |
| | m | WELLNESS PROGRAM CREDIT | 29m | 0.00 |
| | n | OTHER CREDITS (Credit Name) _____ | 29n | 00 |
| | o | TOTAL NON-REFUNDABLE CREDITS: (add lines 29a through 29n, enter result here and on line 8c. Credit limited to the tax liability on line 7a) | 29o | 00 |

**Refundable Credits**

| | | | | |
|---|---|---|---|---|
| 30 | a | HISTORIC REHABILITATION CREDIT | 30a | 0.00 |
| | b | NEW MARKETS CAPITAL INVESTMENT CREDIT | 30b | 0.00 |
| | c | TOTAL REFUNDABLE CREDITS: (add lines 30a and 30b, enter result here and on line 8e) | 30c | 0.00 |

FORM 1120ME ' Page 6

**2014**

**MAINE CORPORATE INCOME TAX RETURN**

*1400105*

36

16 1312063
Federal EIN

ECOSHEL INC

### SCHEDULE D ' MINIMUM TAX CREDIT

| | | | |
|---|---|---|---|
| 30 a | ALTERNATIVE MINIMUM TAX FOR 2013 (2013 Form 1120ME, Schedule B, line 28c). | 30a | 00 |
| b | MINIMUM TAX CREDIT CARRYOVER FROM 2013 (2013 Form 1120ME, Schedule D, line 30h). . . . . . . . . . . . . . . . . . . . . . . . | 30b | 00 |
| c | AVAILABLE MINIMUM TAX CREDIT (line 31a plus line 31b) . . . . . . . . . . . . . . . . | 30c | 00 |
| d | REGULAR INCOME TAX LIABILITY FOR 2014 (line 7a minus all Schedule C credits except minimum tax credit). . . . . . . . . . . . . . . . . . . | 30d | 00 |
| e | TENTATIVE MINIMUM TAX (Schedule B, line 26). . . . . . . . . . . . . . . . . . . . . . . . . . . | 30e | 00 |
| f | MINIMUM TAX CREDIT LIMIT (line 31d minus line 31e ' if zero or less, enter zero). | 30f | 00 |
| g | MINIMUM TAX CREDIT: enter the smaller of line 31c or line 31f here and on Schedule C, line 29j. . . . . . . . . . . . . . . . . . . . . . . . . | 30g | 00 |
| h | Maine minimum tax credit CARRYOVER TO 2015 (line 31c minus line 31g) . . . . . . . | 30h | 00 |

MAINE FORM 4562

**Form 4562**

## Depreciation and Amortization
### (Including Information on Listed Property)
G Attach to your tax return.

OMB No. 1545-0172

**2014**

Department of the Treasury
Internal Revenue Service   (99)   G **Information about Form 4562 and its separate instructions is at** *www.irs.gov/form4562.*

Attachment
Sequence No. **179**

Name(s) shown on return   ECOSHEL INC
FKA MARS ASSOCIATES INC

Identifying number
16 1312063

Business or activity to which this form relates

FORM 1120

| **Part I** | **Election To Expense Certain Property Under Section 179** |
|---|---|

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1** |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . . . . . . . . | **7** |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** |
| 10 | Carryover of disallowed deduction from line 13 of your 2013 Form 4562 | **10** |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | **11** |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | **12** |
| 13 | Carryover of disallowed deduction to 2015. Add lines 9 and 10, less line 12 . . . . G | **13** |

**Note:** Do not use Part II or Part III below for listed property. Instead, use Part V.

| **Part II** | **Special Depreciation Allowance and Other Depreciation** (Do not include listed property.) (See instructions.) |
|---|---|

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | **14** |
| 15 | Property subject to section 168(f)(1) election | **15** |
| 16 | Other depreciation (including ACRS) | **16** |

| **Part III** | **MACRS Depreciation** (Do not include listed property.) (See instructions.) |
|---|---|

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2014 | **17** | 226,356. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . . . . . . . G ☐ | | |

**Section B  Assets Placed in Service During 2014 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only   see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | 12,449. | 7 | HY | 200DB | 1,779. |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental | | | 27.5 yrs | MM | S/L | |
| property | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real | | | 39 yrs | MM | S/L | |
| property | | | | MM | S/L | |

**Section C  Assets Placed in Service During 2014 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

| **Part IV** | **Summary** (See instructions.) |
|---|---|

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | 2,375. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations   see instructions | **22** | 230,510. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . . | **23** | |

BAA  **For Paperwork Reduction Act Notice, see separate instructions.**

FDIZ0812L 06/24/14

Form **4562** (2014)

Form 4562 (2014)   ECOSHEL, INC.                                    16-1312063        Page 2

| Part V | Listed Property (Include automobiles, certain other vehicles, certain aircraft, certain computers, and property used for entertainment, recreation, or amusement.) |

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A — Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

| 24 a Do you have evidence to support the business/investment use claimed?......... [X] Yes [ ] No | 24b If 'Yes,' is the evidence written?...... [X] Yes [ ] No |

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| 1994 TOYOTA | 8/17/94 | 100.0 | 33,696. | 33,696. | 5.0 | 200DB HY | | |
| TOYOTA LAND | 10/03/00 | 100.0 | 56,469. | 56,469. | 5.0 | 200DB HY | 1,775. | |
| NISSAN | 9/26/15 | 100.0 | 3,000. | 3,000. | 5.0 | 200DB HY | 600. | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1.......... | | | | | | 28 | 2,375. | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1............................. | | | | | | | 29 | 0. |

### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles)............ | | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year........ | | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven................ | | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32............ | | | | | | | | | | | | | |
| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours?.................. | | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person?........ | | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use?............... | | | | | | | | | | | | | |

### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees?................... | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners........ | | |
| 39 Do you treat all use of vehicles by employees as personal use?.......................... | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received?............... | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.)................ | | |

Note: If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.

| Part VI | Amortization |

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2014 tax year (see instructions): | | | | | |
| CLOSING COSTS FAME | 2/20/15 | 23,446. | | 15 | 1,042. |
| CLOSING COSTS FAME | 11/10/14 | 6,479. | | 15 | 432. |
| 43 Amortization of costs that began before your 2014 tax year ...................................... | | | | 43 | 6,175. |
| 44 Total. Add amounts in column (f). See the instructions for where to report................................. | | | | 44 | 7,649. |

FDIZ0812L 06/24/14                                                         Form 4562 (2014)

## ACTION TAKEN BY UNANIMOUS WRITTEN
## CONSENT OF THE BOARD OF DIRECTORS OF
## ECOSHEL, INC., WITHOUT MEETING

The undersigned, being all of the Directors of ECOSHEL, INC. (the "Company"), a corporation organized and existing under Maine law, pursuant to 13-C M.R.S.A. § 822, and pursuant to Article III, Section 11 of the Company's Bylaws, hereby take the following action without holding a meeting, such action being stated in the form of and to be as fully effective as if taken by unanimous resolution of the Board of Directors at a meeting thereof duly called and held on the date hereof at which the undersigned Directors were present and acting throughout:

**RESOLVED:**    That in the judgment of the undersigned Directors of the Company, it may be desirable and in the best interests of the Company, its creditors, shareholders, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"); and further,

**RESOLVED:**    That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court (the "Bankruptcy Court") at such time as the Company shall determine and in such form or forms as the Company may approve; and further,

**RESOLVED:**    That Bryan Kirkey and/or John Steel, each a Director of the Company, be and hereby are authorized on behalf of, and in the name of, the Company, to execute and file any and all petitions, schedules, motions, lists, applications, pleadings and other papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11, and to take and perform any and all further acts and deeds which they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow under a pre or post-petition credit facility, to sell, lease or license all or substantially of the assets, to grant liens and other security therefor, and to file and prosecute a plan of reorganization; and further,

**RESOLVED:**    That Bryan Kirkey and/or John Steel be and are hereby authorized and directed to take such actions and to make, sign, execute, acknowledge and deliver (and record in a relevant office of the county clerk, if necessary) any and all such documents listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments as may reasonably be required to

give effect to these resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and further,

**RESOLVED:**

That Bryan Kirkey and John Steel be and are hereby authorized and directed to take such actions and to make, sign, execute, acknowledge and deliver all such additional documents, agreement and certificates as may reasonably be required to give effect to the consummation of the transactions contemplated by these resolutions to any chapter 11 plan, and to execute and deliver such documents, agreement and certificates, and to fully perform the terms and provisions thereof; and further

**RESOLVED:**

That the Company be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("BSSN") as general bankruptcy counsel to the Company in connection with the chapter 11 case if the Company determines that the filing of a voluntary petition for relief is proper, and to pay BSSN at its standard hourly rates in connection with its representation of the Company and to provide BSSN with a retainer in an amount to be agreed upon by BSSN and the Company, and to reimburse BSSN for any actual expenses incurred in connection with its employment by the Company; and further

**RESOLVED:**

That to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by the Company, such actions are hereby ratified and confirmed in their entirety.

This Consent may be executed in multiple counterparts.

Dated: May 25, 2018

_____
Bryan Kirkey, Director

_____
John Steel, Director

give effect to these resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and further,

**RESOLVED:**

That Bryan Kirkey and John Steel be and are hereby authorized and directed to take such actions and to make, sign, execute, acknowledge and deliver all such additional documents, agreement and certificates as may reasonably be required to give effect to the consummation of the transactions contemplated by these resolutions to any chapter 11 plan, and to execute and deliver such documents, agreement and certificates, and to fully perform the terms and provisions thereof; and further

**RESOLVED:**

That the Company be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("BSSN") as general bankruptcy counsel to the Company in connection with the chapter 11 case if the Company determines that the filing of a voluntary petition for relief is proper, and to pay BSSN at its standard hourly rates in connection with its representation of the Company and to provide BSSN with a retainer in an amount to be agreed upon by BSSN and the Company, and to reimburse BSSN for any actual expenses incurred in connection with its employment by the Company; and further

**RESOLVED:**

That to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by the Company, such actions are hereby ratified and confirmed in their entirety.

This Consent may be executed in multiple counterparts.

Dated: May 25, 2018

Bryan Kirkey, Director

_____

John Steel, Director

Fill in this information to identify the case:

Debtor name    Ecoshel, Inc.

United States Bankruptcy Court for the:   ME-ALL

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADAMAS Investments, LLC P.O. Box 174 Land O Lakes, FL 34639 | gmozzicato@gmail.com | Unsecured Loan | | | | $350,000.00 |
| Sam's Club Merchant Card Processing Clarissa Kersey P.O. Box 17548 Denver, CO 80217 | clarissa.kersey@firstdata.com | Trade Debt | | | | $35,009.63 |
| Maine Department of Labor Bureau of Unemployment Compensation 47 State House Station Augusta, ME 04333 | | Trade Debt | | | | $18,036.92 |
| Alpine Transportation Leyton Freeman P.O. Box 1103 Terrace, BC Canada V8G4V1 CANADA | lkfree@telus.net | Trade Debt | | | | $17,500.00 |
| U.S. Department of Labor - OSHA Deliquent Accounts Collection P.O. Box 2422 Washington, DC 20013 | OSHA.DCAT@dol.gov | Trade Debt | | | | $14,971.24 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | Ecoshel, Inc. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Rockingham Electrical Supply, Inc. 437 Shattuck Way Newington, NH 03801 | jpender@rockingham.com | Trade Debt | | | | $13,959.08 |
| RR Donnelley Robert A. Larsen 4101 Winfield Rd. Warrenville, IL 60555 | robert.a.larsen@rrd.com | Trade Debt | | | | $12,020.21 |
| Steve Wood 179 Beach Bluff Avenue Swampscott, MA 01907 | stevewood3200@gmail.com | Trade Debt | | | | $11,646.00 |
| Great Falls Insurance Company Rachelle Dickinson P.O. Box 475 Lewiston, ME 04243 | rd@gficins.com | Trade Debt | | | | $10,832.00 |
| Mullen Trucking Company Laurie Howe 1 Maple Leaf Road, P.O. Box 87 Aldersyde, AB T0L 0A0 CANADA | Lhowe@mullentrucking.com | Trade Debt | | | | $10,500.00 |
| Ohio University Jennifer C. Johnson 160 West Union St., Office Center Rm 150 1 Ohio University Athens, OH 45701-2979 | johnsj16@ohio.edu | Trade Debt | | | | $8,092.00 |
| C.H. Robinson Worldwide, Inc. Nicole Johnson 1840 N. Marcey Chicago, IL 60614 | Nicole.johnson@chrobinson.com | Trade Debt | | | | $5,600.00 |
| McHugh CPA Group, Inc. 5550 Triangle Pkway. Suite 200 Peachtree Corners, GA 30092 | p.stevens@mchughcpagroup.com | Trade Debt | | | | $5,515.00 |

| Debtor | Ecoshel, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Georgia Dept. of Revenue Taxpayer Services Division P.O. Box 740321 Atlanta, GA 30374 | | Trade Debt | | | | $3,526.35 |
| Aroostook Medical Center Tabatha Wheeler 140 Academy Street P.O. Box 151 Presque Isle, ME 04769 | 207-768-4592 (fax) | Trade Debt | | | | $3,474.00 |
| Kalum Quarry Limited Partnership Lisa Wesley 14303 Hwy 16 W Terrace BC Canada V8G0C8 CANADA | lwesley@kitsumkalum.bc.ca | Trade Debt | | | | $3,396.69 |
| TEC The Erlin Company 5578 Route 981 Latrobe, PA 15650 | be5023@aol.com | Trade Debt | | | | $3,380.00 |
| McGinley Adhesives, Inc. John McGinley P.O. Box 150 Midland Park, NJ 07432 | john@mcginleyadhesive.com | Trade Debt | | | | $3,317.41 |
| Brothers Three LLC Denine Leeman 100 Commercial Street #306 Portland, ME 04101 | dleeman@eastbrowncow.com | Trade Debt | | | | $3,278.00 |
| Shelli Goldin 7924 Washington Avenue Sebastopol, CA 95472 | | Customer Deposit | Contingent Unliquidated Disputed | | | $3,076.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## ME-ALL

In re  **Ecoshel, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix, consisting of __8__ pages, includes the names and addresses of all creditors listed on the debtor's schedules.

Date:  **July 18, 2018**

**/s/ Sam Anderson**
Signature of Attorney
**Sam Anderson**
**Bernstein Shur Sawyer & Nelson**
**100 Middle Street**
**PO Box 9729**
**Portland, ME 04104-5029**
**207-774-1200  Fax: 207-774-1127**

Aaron P. Burns, Esq.
Pearce & Dow, LLC
Two Monument Square
Suite 901
Portland, ME 04112


Adam J. Shub, Esq.
PretiFlaherty
One City Center
P.O. Box 9546
Portland, ME 04112-9546


ADAMAS Investments, LLC
P.O. Box 174
Land O Lakes, FL 34639


Alpine Transportation
Leyton Freeman
P.O. Box 1103
Terrace, BC Canada V8G4V1
CANADA


Aroostook Medical Center
Tabatha Wheeler
140 Academy Street
P.O. Box 151
Presque Isle, ME 04769


ARSI
555 St. Charles Dr.
Suite 100
Thousand Oaks, CA 91360


Biehl & Biehl Inc.
P.O. Box 87410
Carol Stream, IL 60188


Bosen & Associates, PLLC
Christopher Mulligan, Esq.
266 Middle Street
Portsmouth, NH 03801

Brothers Three LLC
Denine Leeman
100 Commercial Street #306
Portland, ME 04101


Brown & Joseph, LTD.
P.O. Box 59838
Schaumberg, IL 60159


Bryan Kirkey
21 Lawson Road
Cape Elizabeth, ME 04107


C.H. Robinson Worldwide, Inc.
Nicole Johnson
1840 N. Marcey
Chicago, IL 60614


CedarNorth, LLC
c/o Bryan Kirkey
115 Middle Street
Suite 300
Portland, ME 04101


Coastal Enterprises Inc.
Attn:  Tom Burnham
36 Water Street
P.O. Box 268
Wiscasset, ME 04578


Coastal Enterprises Inc.
Attn: Tyrell Russell
36 Water Street
P.O. Box 268
Wiscasset, ME 04578


Commercal Collections Corp of NY
P.O. Box 288
Tonowanda, NY 14233

Credit Collection Services
725 Canton St.
Norwood, MA 02062


Edwin Daggett Jr.
Daggett & Parker
148 Middle Street
PO Box 10189
Portland, ME 04101


Federal Express Corp.
P.O. Box 371461
Pittsburgh, PA 15250


Finance Authority of Maine
Jennifer Cummings
5 Community Drive
P.O. Box 949
Augusta, ME 04332-0949


Finance Authority of Maine (MRDA)
Christopher Roney, General Counsel
5 Community Drive
P.O. Box 949
Augusta, ME 04332-0949


Georgia Dept. of Revenue
Taxpayer Services Division
P.O. Box 740321
Atlanta, GA 30374


Gosselin & Dubord, P.A.
86 Lisbon Street
P.O. Box 1081
Lewiston, ME 04243


Great Falls Insurance Company
Rachelle Dickinson
P.O. Box 475
Lewiston, ME 04243

Ingold Law
5555 Main Street
Williamsville, NY 14221


Internal Revenue Service
PO Box 145595
Cincinnati, OH 45250-5595


Internal Revenue Service
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


John Steel
1035 W. Wesley Rd.
Atlanta, GA 30327


Kalum Quarry Limited Partnership
Lisa Wesley
14303 Hwy 16
W Terrace BC Canada V8G0C8
CANADA


Liberty Mutual Insurance
Curlette Alexander
P.O. Box 85844
San Diego, CA 92186


Livingston International / MCLX, Inc.
Gretchen Karl
365 Canal St.
Suite 1600
New Orleans, LA 70130


M.D.C. Recovery Services
14 Depot Street
Merrimack, NH 03054

Maine Department of Labor
Bureau of Unemployment Compensation
47 State House Station
Augusta, ME 04333


Maine Department of Transportation
16 State House Station
Augusta, ME 04333


Maine Technology Institute
8 Venture Ave
Brunswick Landing
Brunswick, ME 04011


McGinley Adhesives, Inc.
John McGinley
P.O. Box 150
Midland Park, NJ 07432


McHugh CPA Group, Inc.
5550 Triangle Pkway.
Suite 200
Peachtree Corners, GA 30092


Mullen Trucking Company
Laurie Howe
1 Maple Leaf Road, P.O. Box 87
Aldersyde, AB T0L 0A0
CANADA


Nicholson and Cates Limited
P.O. Box 219
Burlington, ON L7R3Y2
CANADA


North Shore Agency
P.O. Box 9221
Old Bethpage, NY 11804

Ohio University
Jennifer C. Johnson
160 West Union St., Office Center Rm 150
1 Ohio University
Athens, OH 45701-2979


Receivables Control Corporation
7373 Kirkwood Court
Suite 200
Minneapolis, MN 55369


Rockingham Electrical Supply, Inc.
437 Shattuck Way
Newington, NH 03801


Roger Ayotte Electric
41 Main Street
Madawaska,, ME 04756


RR Donnelley
Robert A. Larsen
4101 Winfield Rd.
Warrenville, IL 60555


Sam's Club Merchant Card Processing
Clarissa Kersey
P.O. Box 17548
Denver, CO 80217


Shelli Goldin
7924 Washington Avenue
Sebastopol, CA 95472


Soderberg Company, Inc.
460 York Street
Caribou, ME 04736

Solman & Hunter, P.A.
709 Main Street
PO Box 655
Caribou, ME 04736


Steve Wood
179 Beach Bluff Avenue
Swampscott, MA 01907


Synter Resource Group, LLC
5935 Rivers Ave.
Suite 102
Charleston, SC 29406


TD Bank, N.A.
Attn: James Carignan
PO Box 9540
One Portland Square
Portland, ME 04112-9540


TD Bank, N.A.
1701 Route 70 East
Cherry Hill, NJ 08034


TEC The Erlin Company
5578 Route 981
Latrobe, PA 15650


The Leviton Law Firm Ltd.
4 Golf Center
Suite 361
Hoffman Estates, Il 60169


Town of Ashland
17 Bridgham Street
PO Box 910
Ashland, ME 04732

U.S. Attorney's Office
100 Middle Street, East Tower, 6th Floor
Portland, ME 04101


U.S. Department of Labor - OSHA
Deliquent Accounts Collection
P.O. Box 2422
Washington, DC 20013


Unitil ME
Credit Department
5 McGuire St
Concord, NH 03301